08CV5058
UNITED STATES DISTRICT — JUDGE DER-YEGHIAYAN
NORTHERN DISTRICT C — MAG. JUDGE COLE

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** People of the State of Illinois Richard A Devine Cook County State's Attorney 300 Daley Center Chicago, Illinois 60602

County of Residence: Cook

Plaintiff's Atty: People of the State of Illinois Richard A Devine, 300 Daley Center Chicago, Illinois 60602

**Defendant(s):** Kraig Wilson 394 West 17th Street Chicago Heights, Illinois 60411

County of Residence: Cook

Defendant's Atty:

II. Basis of Jurisdiction: 2. U.S. Gov't Defendant

III. Citizenship of Principal Parties (Diversity Cases Only)
Plaintiff: - 1 Citizen of This State
Defendant: - 1 Citizen of This State

IV. Origin: 2. Removed From State Court

V. Nature of Suit: 950 Constitutionality of State Statute

VI. Cause of Action: My rights under the Constitution requires that I be guaranteed Due Process and Equal Protection and that if I should be accused of a crime, there should be at the least some kind of fact, evidence, witnesses, should support the allegation to establish that I am guilty of a crime. The law requires that no person can go into a police station and accuse a citizen of a crime with supporting evidence of some kind, in some form, whether it be by tapes, letters videos. I was wrongly accused of making a sexual statement to a minor in June of 2005 but was not reported to police until November of 2005. My girlfriend babysitted her from time to time, but I always slept in my sons room as to stay out of the kids way and have my peace and quite. I never say anything other than Hi to her as I always do, and then go on about my routine. I was falsely accused of attempted exploitation of a child, it never happened, no one heard, nor saw such action, NO witness, no fact, absolutely, no supporting evidence of any kind. I could not believe that you could loose your rights in

FILED 9-4-2008
SEP - 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

such a way. I have completed my probation of 18 months with no jail time, but I still need to be cleared of such an ugly crime that I did not do.

VII. Requested in Complaint
    Class Action: **No**
    Dollar Demand:
    Jury Demand:

VIII. This case **IS NOT** a refiling of a previously dismissed case.

**Signature:** *Mary Wilson*

**Date:** 9-3-08

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**
    Revised: 06/28/00