H14N

C:\WP Files\Pro Se App

You have reached the cached page for http://www.ilnd.uscourts.gov/PUBLIC/Forms/ProSeApp.pdf

Below is a snapshot of the Web page as it appeared on **7/18/2008** (the last time our crawler visited it). This is the version of the page that was used for ranking your search results. The page may have changed since we last cached it. To see what might have changed (without the highlights), go to the current page.

Live Search is not responsible for the content of this page.

APPEARANCE FORM FOR PRO SE LITIGANTS DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS C:\WP Files\Pro Se App

FILED
9-4-2008
SEP - 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CV5058
JUDGE DER-YEGHIAYAN
MAG. JUDGE COLE

# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: __KRAIG WILSON__
(Please print)

STREET ADDRESS: __394 WEST 17th STREET__

CITY/STATE/ZIP: __CHICAGO HEIGHTS, IL 60466__

PHONE NUMBER: __208-351-6869, 708-748-5891__

C:\WP Files\Pro Se App    Page 2 of 3

CASE NUMBER:  L-06-2928 (1st District Appellate Ct.
05-MC6-1867) Circuit Court of Cook County

_Kieur W Isen_  
Signature

9-3-08  
Date

http://cc.msnscache.com/cache.aspx?q=appearance+form+for+pro+se+litigants&d=738765707094678&mkt=en-US&setlang=en-...    9/2/2008