**08CV5058**
**JUDGE DER-YEGHIAYAN**
**MAG.JUDGE COLE**

MHW

FILED
9-4-2008
SEP - 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE

SUPREME COURT OF THE UNITED STATES

KRAIG WILSON — PETITIONER
(Your Name)

VS.

PEOPLE OF THE STATE OF ILLINOIS — RESPONDENT(S)

MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

The petitioner asks leave to file the attached petition for a writ of certiorari without prepayment of costs and to proceed *in forma pauperis*.

[ ] Petitioner has previously been granted leave to proceed *in forma pauperis* in the following court(s):

_____

_____

[X] Petitioner has **not** previously been granted leave to proceed *in forma pauperis* in any other court.

Petitioner's affidavit or declaration in support of this motion is attached hereto.

_____
(Signature)

# AFFIDAVIT OR DECLARATION
## IN SUPPORT OF MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

I, KRAIG WILSON, am the petitioner in the above-entitled case. In support of my motion to proceed *in forma pauperis*, I state that because of my poverty I am unable to pay the costs of this case or to give security therefor; and I believe I am entitled to redress.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $50.00 | $N/A | $ | $N/A |
| Self-employment | $0.00 | $ | $ | $ |
| Income from real property (such as rental income) | $N/A | $ | $ | $ |
| Interest and dividends | $0.00 | $ | $ | $ |
| Gifts | $50.00 | $ | $ | $ |
| Alimony | $0.00 | $ | $ | $ |
| Child Support | $0.00 | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $0.00 | $ | $ | $ |
| Disability (such as social security, insurance payments) | $0.00 | $ | $ | $ |
| Unemployment payments | $0.00 | $ | $ | $ |
| Public-assistance (such as welfare) | $0.00 | $ | $ | $ |
| Other (specify): ___ | $0.00 | $ | $ | $ |
| **Total monthly income:** | $100.00 | $ | $ | $ |

2. List your employment history for the past two years, most recent first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| MERANJIL LANDSCAPING | 1230 PORTLAND CHGO. HTS, IL 60466 | June 07 thru Aug 07 | $ 800.00 |
| | | | $ |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | $ |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ 0.00
   Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| 0.00 NONE | N/A | $ 0.00 | $ N/A |
| | | $ | $ |
| | | $ | $ |

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

☐ Home
   Value N/A  0.00

☐ Other real estate
   Value N/A  0.00

☐ Motor Vehicle #1
   Year, make & model N/A  NONE
   Value 0

☐ Motor Vehicle #2
   Year, make & model N/A - NONE
   Value NONE

☐ Other assets
   Description DID NOT HAVE ANY ASSETS
   Value N/A

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NONE | $ 0.00 | $ N/A |
|  | $ | $ |
|  | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| KIARA WILSON | DAUGHTER | 15 |
| JORDAN HALLMARK | SON | 8 |

THEY DON'T LIVE WITH ME - THEY LIVE WITH THEIR ~~FATHER~~ MOTHER

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, or annually to show the monthly rate.

I LIVE WITH MY GRANDMOTHER

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ 0.00 | $ N/A |
| Are real estate taxes included? ☐ Yes ☐ No  N/A |  |  |
| Is property insurance included? ☐ Yes ☐ No  N/A |  |  |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0.00 | $ |
| Home maintenance (repairs and upkeep) | $ 0.00 | $ |
| Food | $ 0.00 | $ |
| Clothing | $ 0.00 | $ |
| Laundry and dry-cleaning | $ 0.00 | $ |
| Medical and dental expenses | $ 0.00 | $ |

|  | You | Your spouse |
|---|---|---|
| Transportation (not including motor vehicle payments) | $ 0.00 | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0.00 | $ |

Insurance (not deducted from wages or included in mortgage payments)

|  | You | Your spouse |
|---|---|---|
| Homeowner's or renter's | $ N/A | $ |
| Life | $ N/A | $ |
| Health | $ N/A | $ |
| Motor Vehicle | $ N/A | $ |
| Other: NOT EMPLOYED AT PRESENT | $ N/A | $ |

Taxes (not deducted from wages or included in mortgage payments)

|  | You | Your spouse |
|---|---|---|
| (specify): | $ N/A | $ |

Installment payments

|  | You | Your spouse |
|---|---|---|
| Motor Vehicle | NONE $ N/A | $ |
| Credit card(s) | NONE $ N/A | $ |
| Department store(s) | $ NONE | $ |
| Other: N/A | $ N/A | $ |
| Alimony, maintenance, and support paid to others | $ 0.00 | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ N/A | $ |
| Other (specify): NONE | $ 0.00 | $ |
| **Total monthly expenses:** | $ 0.00 | $ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☒ Yes   ☐ No    If yes, describe on an attached sheet.

10. Have you paid -- or will you be paying -- an attorney any money for services in connection with this case, including the completion of this form?   ☐ Yes   ☒ No

    If yes, how much? N/A

    If yes, state the attorney's name, address, and telephone number:

    N/A

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

    ☐ Yes   ☒ No

    If yes, how much? N/A
    HOWEVER - MY MOM IS HELPING TO PREPARE THIS REQUEST.
    If yes, state the person's name, address, and telephone number:

    N/A

12. Provide any other information that will help explain why you cannot pay the costs of this case.
    LAST DAY OF GAINFUL EMPLOYMENT WAS SEPT 2006.
    I WORKED A TEMPORARY JOB FOR MERANSIL LANDSCAPING
    LAST SUMMER ABOUT 2 MONTHS DURING GOOD WEATHER.
    I RECEIVED UNEMPLOYMENT FROM 9-06 THRU MARCH 07. I WAS
    HOSPITALIZED ABOUT 2 WEEKS WITH A BRAIN INJURY FOR THAT
    REASON I HAVE A PENDING PUBLIC AID + SSI DISABILITY CASE

I declare under penalty of perjury that the foregoing is true and correct.   PENDING
                                                                              #93-2005

Executed on Sept 3, 2008

(Signature)

"OFFICIAL SEAL"
SALLIE SPRATT
Notary Public, State of Illinois
My Commission Expires March 27, 2010

9-3-08