MHN

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

Page 1 of 4

You have reached the cached page for http://www.ilnd.uscourts.gov/PUBLIC/Forms/motappoint1.pdf

Below is a snapshot of the Web page as it appeared on 1/30/2008 (the last time our crawler visited it). This is the version of the page that was used for ranking your search results. The page may have changed since we last cached it. To see what might have changed (without the highlights), go to the current page.

Live Search is not responsible for the content of this page.

C:\Temp\notes6030C8\motappatty0807.wpd

FILED
9-4-2008
SEP - 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CV5058
JUDGE DER-YEGHIAYAN
MAG.JUDGE COLE

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) PEOPLE OF THE STATE OF ILLINOIS )
) Case Number: 05 - MC6-18671 Cook County Circuit
V. )
) Judge: HONORABLE BRIAN FLAHERTY
Defendant(s) KRAIG WILSON )

**MOTION FOR APPOINTMENT OF COUNSEL**

[ **NOTE**: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, KRAIG WILSON, declare that I am the (check appropriate box)

   ☐ plaintiff  ☑ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding[ **NOTE**: This item *must* be completed]: PRO BOND ATTORNEY A. STEIN APPOINTED BY COOK COUNTY COURT TO REPRESENT ME, AFTER THE INITIAL APPEAL, SHE DEEMED THAT THERE WERE NO FURTHER INTEREST TO CONTINUE BUT MY CONSTITUTIONAL RIGHTS HAVE BEEN VIOLATED, FOR THAT REASON I DECIDED TO TRY ON MY OWN.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[ **NOTE**: This item *must* be completed]:

http://cc.msnscache.com/cache.aspx?q=motion+for+appointment+of+counsel+form+for+northern+district+court+of+illinois&d=...  9/2/2008

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [X] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Movant's Signature _____   Street Address 394 WEST 17th STREET

Date 9-3-08                              City, State, ZIP CHICAGO HEIGHTS, ILLINOIS 60411

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

Page 3 of 4

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by attorney appointed by this Court in the civil or criminal actions listed below.

Case Number:

Assigned Judge:

Case Title:

Appointed Attorney's Name:

If this case is still pending, please check box

Case Number:

Assigned Judge:

Case Title:

Appointed Attorney's Name:

If this case is still pending, please check box

Case Number:

Assigned Judge:

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

Assigned Judge:

Case Title:

Appointed Attorney's Name:

If this case is still pending, please check box

Case Number:

Assigned Judge:

Case Title:

Appointed Attorney's Name:

If this case is still pending, please check box